UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-00430 GHK (AJWx) | Date | September 22, 2008 |
|---|---|---|---|
| Title | *Mark Dobbs, et al   v.   Don McCullough, et al* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **(IN CHAMBERS)   ORDER**

    The Court on July 7, 2008, issued a order striking plaintiff's amended proof of service and directing that plaintiff file an amended or corrected document by no later than July 11, 2008.  The Court further notes that no amended/corrected proof of service has been filed to date.

    Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing **WITHIN TWELVE DAYS** hereof, why the matter should not be dismissed for failure comply with the Court's order and for failure to diligently prosecute pursuant to Local Rule 41-1 of this Court.

    Local Rule 41-1 provides that actions which have been pending for more than a reasonable length of time without any proceeding having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution.  Failure to timely and adequately respond as required herein will be deemed plaintiff's abandonment of the above action.  In that event, the above matter will be dismissed without prejudice for failure to diligently prosecute.

    **IT IS SO ORDERED.**

| | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | Bea |